106 P.3d 374

# SUPREME COURT OF HAWAIʻI

| | | | |
|---|---|---|---|
| Doe v. Doe | 25760 | 12/23/2004 | Affirmed & remanded |
| State v. Chun | 26357 | 02/02/2005 | Reversed & remanded |
| Aholelei v. State | 25707 | 02/14/2005 | Reversed, vacated & remanded |